IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CENTENNIAL BANK,**<br><br>  **Plaintiff,**<br><br>   v.<br><br>**GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN E&S INSURANCE COMPANY,**<br><br>  **Defendants.** | **Civil Action No. 1:21-mc-00018**<br>**Judge Stephanie K. Bowman**<br><br>*(N.D. Fla. Case No. 4:18-cv-450-AW-MAF)*<br><br>**MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO MOTION TO OVERRULE OBJECTIONS TO SUBPOENA [DOC #1]** |

Plaintiff Centennial Bank filed its *Motion to Overrule Objections to Subpoena for Production of Documents and Compel Production from Defendants* [Doc #1] on August 11, 2021 (the "Motion"). On September 1, 2021, Plaintiff Centennial Bank requested that the Court grant the parties an additional fourteen (14) days, through and including September 15, 2021, to respond to the Motion to allow the parties additional time to attempt to resolve their dispute. The parties have continued to attempt to resolve their dispute and have made progress in those efforts. Accordingly, the parties jointly request an additional extension of time for Defendants Great American Insurance Company and Great American E&S Insurance Company (jointly, "Defendants") to file a response to the Motion. Specifically, the parties request that Defendants have an additional fourteen (14) days, through and including September 29, 2021, to respond to the Motion.

Respectfully submitted,

/s/ Peter J. O'Shea
Peter J. O'Shea (0086560)
Katz Teller Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, OH 45202
Telephone:  (513) 721-4532
Facsimile: (513) 977-3401
Email: poshea@katzteller.com

*Attorney for Plaintiff Centennial Bank*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on September 10, 2021.  I further certify that the foregoing document was served by electronic mail upon the following on September 10, 2021.

Alex Potente
Clyde & Co US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Alex.potente@clydeco.us

Brad Harding
Clyde & Co US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Brad.Harding@clydeco.us

/s/ Peter J. O'Shea
Peter J. O'Shea (0086560)